**STATE v. WILLIAMS**

[355 N.C. 272 (2002)]

STATE OF NORTH CAROLINA v. BRYANT EDWARD WILLIAMS

No. 396A01

(Filed 7 March 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 144 N.C. App. 526, 548 S.E.2d 802 (2001), reversing and remanding a judgment entered 9 July 1999 by Haigwood, J., in Superior Court, Halifax County. Heard in the Supreme Court 11 February 2002.

*Roy Cooper, Attorney General, by K.D. Sturgis, Assistant Attorney General, for the State-appellant.*

*Staples Hughes, Appellate Defender, by Constance E. Widenhouse, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

AFFIRMED.